IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02757-RPM

RICHARD RIVERS,

    Plaintiff,

v.

AMERIGAS PROPANE, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [13], this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:   March 29th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge